| | |
|---|---|
| DALE R. BISH, State Bar No. 235390<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:   (650) 493-9300<br>Facsimile:    (650) 493-6811<br>dbish@wsgr.com | L. TIMOTHY FISHER, State Bar No. 191626<br>JOEL D. SMITH, State Bar No. 244902<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltflsher@bursor.com<br>jsmith@bursor.com |
| PETER C. HOLM, State Bar No. 299233<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1 Market Street<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone:   (415) 947-2000<br>Facsimile:    (415) 947-2099<br>pholm@wsgr.com | SCOTT A. BURSOR, State Bar No. 276006<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212)989-9113.<br>Facsimile: (212) 989-9163<br>E-Mail: scott@bursor.com |
| Attorneys for Defendant<br>SUNPOWER CORP. | Attorneys for Plaintiff<br>SYLVIA MORRIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA MORRIS, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>SUNPOWER CORP., MODERNIZE INC., and SUNRONA SOLAR LLC,<br><br>　　　　　　Defendants. | CASE NO.:  5:17-CV-04444-NC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

1 | Pursuant to Civil Local Rule 6-1(a), Defendant SunPower Corp. ("SunPower") and Plaintiff Sylvia Morris ("Plaintiff") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff filed the Complaint on August 4, 2017 and served SunPower on August 8, 2017;

WHEREAS SunPower currently has until August 29, 2017 to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS Plaintiff and SunPower have agreed pursuant to Civil L.R. 6-1(a) that SunPower shall have up to and including September 28, 2017 to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS the stipulated extension will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that SunPower shall have up to and including September 28, 2017 to move or plead in response to the Complaint and that SunPower reserves all rights and defenses.

IT IS SO STIPULATED.

Dated: August 22, 2017

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Dale R. Bish*
    DALE R. BISH

Attorneys for Defendant
SUNPOWER CORP.

Dated: August 22, 2017

Respectfully submitted,

BURSOR & FISHER, P.A.

By: */s/ Scott A. Bursor*
    SCOTT A. BURSOR

Attorneys for Plaintiff
SYLVIA MORRIS

1  Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that
2 concurrence in the filing of the document has been obtained from each of the other Signatories.

3

4                                             */s/ Dale R. Bish*
                                              DALE R. BISH
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28