1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA  94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-Mail:  ltfisher@bursor.com

5  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
6  888 Seventh Avenue
   New York, NY  10019
7  Telephone: (212) 989-9113
   Facsimile:  (212) 989-9163
8  E-Mail:  scott@bursor.com

9  *Attorneys for Plaintiff*

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

13  SYLVIA MORRIS, on Behalf of Herself and all Others Similarly Situated,    Case No.: 5:17-cv-04444-NC

14                      Plaintiff,    **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

15          v.

16  SUNPOWER CORP., MODERNIZE INC., and SUNRONA SOLAR LLC

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:17-CV-04444-NC

1     IT IS HEREBY STIPULATED among Plaintiff Sylvia Morris and Defendants SunPower Corp., Modernize Inc., and Sunrona Solar LLC, that all of Morris's claims are hereby dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  Each party shall bear her/its own costs, expenses, and attorney's fees related to this action.

Dated:  October 3, 2017         **BURSOR & FISHER, P.A.**

By:    */s/ L. Timothy Fisher*
       L. Timothy Fisher

*Attorney for Plaintiff Sylvia Morris*

Dated:  October 3, 2017         **WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By:    */s/ Dale R. Bish*
       Dale R. Bish

*Attorney for Defendant SunPower Corp.*

Dated:  October 3, 2017         **ROGERS JOSEPH O'DONNELL**

By:    */s/ Aaron Marcus Scolari*
       Aaron Marcus Scolari

*Attorney for Defendant Modernize Inc.*

Dated:  October 3, 2017         **RUBEN P. RUIZ, PC**

By:    */s/ Ruben P. Ruiz*
       Ruben P. Ruiz

*Attorney for Defendant Sunrona Solar LLC*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, L. Timothy Fisher, hereby attest that the concurrence to the filing of this Stipulation of Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) has been obtained from Dale R. Bish, Aaron Marcus Scolari and Ruben P. Ruiz who have provided the conformed signature above.